**Keith THOMAS, Plaintiff—Appellant,**

v.

**Charles D. MARSHALL, Warden; et al., Defendants—Appellees.**

No. 00–15312.

D.C. No. CV–00–00142–TEH.

United States Court of Appeals, Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 12, 2002.*

Decided Aug. 16, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

## MEMORANDUM**

Keith Thomas, a California state prisoner, appeals pro se the district court's judgment dismissing without leave to amend his 42 U.S.C. § 1983 complaint alleging that officials at Pelican Bay State Prison violated his constitutional rights by reading his outgoing non-legal mail. We review de novo dismissals pursuant to 28 U.S.C. § 1915A, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

We conclude that the district court properly dismissed Thomas's complaint pursuant to 28 U.S.C. § 1915A.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

